IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMY LOU G.,
    Plaintiff(s),

v.

Commissioner of Social Security,
    Defendant(s).

Case No. 1:24-cv-491
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDER that: 1. The Commissioner's motion to remand (Doc. 11) is GRANTED; 2. This case is REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether plaintiff is disabled within the meaning of the Social Security Act, reevaluate the evidence at steps two through five of the sequential evaluation and the medical opinions in the record, offer another administrative hearing, and then issue a new decision; and 3. The Clerk of Court shall enter a separate judgment in plaintiff's favor under Fed. R. Civ. P.58. Signed by Magistrate Judge Karen L. Litkovitz on 2/25/2025.   (See Doc. 14).

Date: February 25, 2025

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

Richard W. Nagel, Clerk of Court
By:  s/Arthur Hill, deputy clerk